In the Matter of ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of TINA M. POWERS, Respondent, v LAWRENCE W. JACKSON, Appellant. [624 NYS2d 1011] —Order unanimously affirmed without costs. Memorandum: Family Court properly denied the objections to the Hearing Examiner's order without inquiring further into respondent's ability to pay child support arrears that accrued during the period of respondent's incarceration. "[I]t is undisputed that [respondent's] current financial hardship is solely the result of his wrongful conduct culminating in a felony conviction and imprisonment" *(Matter of Knights v Knights,* 71 NY2d 865, 867). Thus, the court properly declined to reduce or annul the accrued arrears *(see,* Family Ct Act § 451). (Appeal from Order of Ontario County Family Court, Harvey, J.—Child Support.) Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.

 JEANNETTE CAPPA, Appellant, v DANIEL P. CAPPA, Respondent. [624 NYS2d 1012] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied plaintiff's motion for a discontinuance of the divorce action. "[D]iscontinuance would work particular prejudice against defendant in that it would result in converting what has otherwise been separate property into marital property upon the commencement of any new proceeding" *(Ruppert v Ruppert,* 192 AD2d 925, 926; *see also, Tucker v Tucker,* 55 NY2d 378, 383-384; *Kane v Kane,* 163 AD2d 568, 571). (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Discontinue Divorce Action.) Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.